People of the State of Illinois, Plaintiff-Appellee, v. Arthur S. Timmons (Impleaded), Defendant-Appellant.

Gen. No. 49,729.

First District, Second Division.

April 27, 1965.

Donald Martin, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and John Gannon, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE LYONS. **Not to be published in full.**